# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| ANDREW JAMES FULTON | ) | 09-32603-SBB |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| Address:   1671 S. Idalia Circle, Unit D | ) | |
| Aurora, CO 80017 | ) | |
| | ) | |
| Last four digits of SS#: 0303 | ) | |

**ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)(1)**

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the within case file, does find as follows:

1. The within case was filed October 24, 2009.

2. Exhibit D to the Voluntary Petition indicates that:"Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me."

3. The Certificates of Credit Counseling filed with the Court on October 24, 2009 reflect that credit counseling was taken by the Debtor on April 10, 2009, a date approximately 17 days beyond the 180-day time period provided for in 11 U.S.C. § 109(h)(1).

The Court, therefore, concludes that Debtor is not in compliance with 11 U.S.C. § 109(h)(1) and, therefore, have not met the basic eligibility requirement to file an individual bankruptcy proceeding. Therefore, the Court must dismiss this bankruptcy case.

Accordingly, it is ORDERED as follows:

1. Due to Debtor's failure to comply with 11 U.S.C. § 109(h), the within case is DISMISSED.

2. The Clerk shall give notice of this dismissal pursuant to Fed.R.Bankr.P. 2002(f), utilizing whatever addresses may be available from the record.

Dated: December 7, 2009

BY THE COURT:

*Sid Brooks*

Sidney B. Brooks, Bankruptcy Judge